No. 00–6214.  ARDIS v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 00–6215.  HOLLADAY v. HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–6217.  ABREU v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 00–6224.  SIMPSON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 00–6225.  SMITH v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 00–6226.  SARGENT v. MILLER, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 00–6227.  SULLIVAN v. JOHNSON, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 00–6232.  MITCHELL v. MICHIGAN FAMILY INDEPENDENCE AGENCY.  Ct. App. Mich.  Certiorari denied.

No. 00–6237.  ROBELEN v. GOMEZ, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–6241.  ARCHER v. VALLEY HEALTHCARE CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–6243.  MCCAULEY v. COOK'S PEST CONTROL, INC., ET AL.  Super. Ct. Gwinnett County, Ga.  Certiorari denied.

No. 00–6246.  JIMENEZ v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–6247.  MESSA v. WORKERS' COMPENSATION APPEAL BOARD OF PENNSYLVANIA ET AL.  Commw. Ct. Pa.  Certiorari denied.

No. 00–6251.  ERVIN v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.